Harold Leon et al., Respondents-Appellants, v. Herbert P. Glaser et al., Appellants-Respondents, et al., Defendants.

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.

 Jacob Schondorf, Respondent, v. Stein-Tex, Inc., Appellant.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.